IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA  *<br>*<br>  vs.                                                      *<br>                                                          *     CR. NO.  3:98CR00268-001(JAF)<br>ANGEL E. RODRIGUEZ-CABRERA      *<br>AKA "BUZO"                                       *<br>* * * * * * * * * * * * * * * | |

INFORMATIVE MOTION

TO THE HON. JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, CARLINA CORTES BAEZ, SENIOR UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Angel E. Rodríguez-Cabrera, who on the 6th day of July 1999, was sentenced to serve an aggregate imprisonment term of fifty-seven (57) months, followed by a supervised release term of three (3) year for a violation of Title 18 United States Code, Sections 371 & 666 (a)(1)(B). On October 29, 2003, Mr. Rodríguez-Cabrera was released from custody, at which time he commenced the term of supervised release imposed. Besides the standard conditions of supervision, Mr. Rodriguez-Cabrera was ordered to perform two hundred (200) hours of unpaid community service work at a non-profit private or public facility. A fine in the amount of $10,000, and a special assessment in the amount of $200 was also imposed (paid).

RESPECTFULLY INFORMING THE COURT AS FOLLOWS:

1. That, on January 25, 2005, the offender reported to the Probation Office to inform that he was being accused of threatening Mr. Oscar Serrano, Reporter from Primera Hora Newspaper, while attending a funeral service in Bayamón, Puerto Rico. The offender informed that Ms. Firuzeh C. Shokooh-Valle, Reporter from Primera Hora Newspaper, approached him for an interview, which he refused to provide, however, he commented to her *" tell Mr. Oscar Serrano to take care of*

*himself because God will hold him accountable for all the wrong he has done*". Offender was concerned since his comments were taken out of proportion.

    2. That, in an interview held with Ms. Firuzeh C. Shokooh-Valle, Reporter, she informed that she approached the offender for an interview, however, when he became aware that she was working for Primera Hora Newspaper, he turned hostile, raised, his voice and refused to make comments. When he was entering the funeral home, he commented *"give my regards to Oscar Ramos, I mean Oscar Serrano, and tell him that he will pay."*

    3. That, on January 25, 2005, Mr. Oscar Serrano filed a formal complaint against the offender because he felt threatened alleging that his life, personal security and liberty of action were at risk. On February 7, 2005, a preliminary hearing was held in the District Court, Bayamon Part, at which time no probable cause was found and the complaint dismissed.

    4. That during our interview with Mr. Rodríguez-Cabrera he has been instructed to avoid further incidents of this nature which could result in adverse action procedure before this Court.

    **WHEREFORE,** unless the Court rules otherwise, given the offender's overall compliance with the conditions of supervised release imposed, we request that the Court take notice of the above facts **for information purposes only** and respectfully pray that no action be taken at this time.

    In San Juan, Puerto Rico, this 24th day of February 2005.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Carlina Cortés-Báez
    Carlina Cortés-Báez
    Senior United States Probation Officer
    Federal Office Building, Room 400
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Tel. 787-766-5816
    Fax 787-766-5945
    E-mail: carlina_cortes@prp.uscourts.gov

## CERTIFICATE OF SERVICE

     I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant United States Attorney and Juan Perdrosa, Esq., Defense Counsel.

     At San Juan, Puerto Rico, February 24 , 2005

                                            s/Carlina Cortés-Báez
                                            Carlina Cortés-Báez
                                            Senior United States Probation Officer
                                            Federal Office Building, Room 400
                                            150 Chardon Avenue
                                            San Juan, P.R. 00918-1741
                                            Tel. 787-766-5816
                                            Fax 787-766-5945
                                            E-mail: carlina_cortes@prp.uscourts.gov

CCB/